EDWARD W. BERGER, Respondent, *v.* CAROLINE D. BERGER, Appellant.

(Submitted June 18, 1912; decided June 21, 1912.)

Motion for re-argument denied, with ten dollars costs. (See 205 N. Y. 622.)